IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PATRICIA WAGNER,

        Plaintiff,

vs.

KEVIN CAMPBELL, individual capacity;

        Defendant.

4:13CV3006

INITIAL PROGRESSION ORDER

Based upon the representations of the parties in their Rule 26(f) planning report,

IT IS ORDERED:

1. Mandatory disclosures shall be severed by August 30, 2013.

2. The parties shall engage in discovery limited to the issue of qualified immunity. The depositions of the respective parties shall be completed on or before September 30, 2013.

3. Written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure, limited to the issue of qualified immunity, shall be completed by November 1, 2013.

4. Defendant's motion for summary judgment based on qualified immunity shall be filed on or before December 2, 2013.

5. A telephonic status conference is set before the undersigned on March 3, 2014 at 10:00 a.m. to discuss the further progression of this case.

Dated this 5th day of August, 2013.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge