IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA WAGNER, | ) | 4:13CV3006 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| KEVIN CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 2, 2013, Plaintiff filed a motion for extension of time to respond to Defendant's motion for summary judgment. Defendant has not expressed any opposition to the motion. Accordingly,

IT IS ORDERED that Plaintiff's motion for extension of time (filing 53) is granted, as follows:

Plaintiff shall have until January 13, 2014, to respond to Defendant's motion for summary judgment (filing 50).

January 2, 2014.                                    BY THE COURT:

*Richard G. Kopf*
United States District Judge