IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA WAGNER, Plaintiff, vs. KEVIN CAMPBELL, individual capacity; Defendant. | 4:13CV3006 ORDER |

A Motion to Continue (Filing No. 60) requests that the telephonic hearing on March 3, 2014 be continued because the Defendant's Motion for Summary Judgment is remains pending (Filing No. 50). The court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) The telephonic hearing set for March 3, 2014 at 10:00 a.m. is continued pending the court's ruling on the Motion for Summary Judgment.

2) The parties shall contact Chambers at (402) 437-1670 within ten (10) days after the court's summary judgment ruling to schedule a telephonic conference regarding further progression of this case, if necessary.

Dated this 27th day of February, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge